UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES A. BLUNT,

        Plaintiff,                    Case No. 1:13-cv-1048

v.                                      Honorable Paul L. Maloney

IONIA CORRECTIONAL FACILITY et al.,

        Defendants.
_____/

## **JUDGMENT**

        In accordance with the Opinion filed this date:

        IT IS ORDERED that Plaintiff's federal claims be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

        IT IS FURTHER ORDERED that Plaintiff's state law claims, if any, be DISMISSED WITHOUT PREJUDICE because the Court declines to exercise jurisdiction over such claims.

Dated:   November 25, 2013                    /s/ Paul L. Maloney
                                                       Paul L. Maloney
                                                       Chief United States District Judge